IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02129-CMA-KMT

JESSY TONY GURULE,

    Applicant,

v.

DARRYL CASH, Community Corrections Manager,

    Respondent.

**ORDER**

    This matter is before the Court *sua sponte* based on the notice contained in the Respondent's "Answer to Application for Writ of Habeas Corpus" [Doc. No. 15] advising the court of a change of incarceration location for Applicant herein.

    The court notes that "[i]t is well established that jurisdiction attaches on the initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change." *Santillanes v. United States Parole Comm'n*, 754 F.2d 887, 888 (10th Cir.1985). Darrell Cash is now the proper respondent in place of Ms. Revell because Mr. Cash is the overseer of the institution in which the Applicant is now incarcerated, Cornell Corrections of CA., Inc., 1585 W. 2100 South, Salt Lake City, UT 84119. *See* Title 28 U.S.C. § 2242.

It is therefore **ORDERED**

The Clerk of Court shall correct the caption of this case to list DARRYL CASH, Community Corrections Manager, as the Respondent in lieu of SARA REVELL, Warden U.S.P., Florence High Security.

Dated this 24th day of March, 2009.

                                          **BY THE COURT:**

                                          Kathleen M. Tafoya
                                          United States Magistrate Judge