IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02129-CMA-KMT

JESSY TONY GURULE,

    Applicant,

v.

SARA REVELL, Warden U.S.P., Florence High Security

    Respondent.

---

# ORDER

---

This matter is before the court on the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 2] and the Respondent's Answer to Application for Writ of Habeas Corpus [Doc. No. 15].

After reviewing the record in this case, the court has concluded that certain critical documents have not been made available to the court for review. It is therefore

**ORDERED**

    1.    On or before April 14, 2009, the Respondent shall produce, file and send copies to Applicant, all documents which are part of the court record in Applicant's 4th District Court, Provo, Utah conviction for behavior occurring on March 13, 2006, which in any manner or form address the issue of credit for pre-sentence confinement between the dates of March 13, 2006

and August 2, 2006. Such documents may be accompanied by a limited brief explaining the significance of the documents in the context of this Section 2241 matter;

    2.    On or before April 14, 2009, the Respondent shall produce, file and send copies to Applicant, all documents which constitute Applicant's prisoner file at the Utah State Prison system and/or any database information kept with respect to the Applicant's service of his state prison sentence which in any manner or form address the issue of credit for time served in pre-sentence confinement between the dates of March 13, 2006 and August 2, 2006. Such documents may be accompanied by a limited brief explaining the significance of the documents in the context of this Section 2241 matter; and

    3.    The Applicant shall have through and until April 30, 2009, to file reply to the supplementation documents and the accompanying briefs, if any.

Dated this 24th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge