**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02129-CMA-KMT

JESSY TONY GURULE,

      Applicant,

v.

DARRYL CASH, Community Corrections Manager,

      Respondent.

---

### ORDER DISMISSAL OF CASE

---

      This matter is before the Court on Respondent's Status Report Regarding Applicant's Release From Federal Custody (Doc. # 22), indicating Applicant Jessy Tony Gurule's full release from federal custody on May 21, 2009. Given Mr. Gurule's release, this case is MOOT and, therefore, DISMISSED WITH PREJUDICE.

      DATED: August __5__, 2010

                             BY THE COURT:

                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Judge